UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANGEL ISAAC VAZQUEZ CAMPOS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2019

19 Cr. 584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the Court shall hold a change of plea hearing for Defendant Vazquez Campos on **January 6, 2020**, at **2:30 p.m.**

    SO ORDERED.

Dated: December 16, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge