

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2020

April 24, 2020

**By ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *United States v. Angel Isaac Vazquez Campos*, 19 Cr. 584 (AT)

Dear Judge Torres:

      The parties jointly respectfully request to adjourn the sentencing currently scheduled for May 7, 2020, at 12:00 p.m. for an additional 45 days in light of the corona virus pandemic.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by: _____
      Cecilia E. Vogel
      Assistant United States Attorney
      (212) 637-1084

cc:    Mark DeMarco, Esq. (via ECF)

---

GRANTED. The sentencing scheduled for May 7, 2020 is ADJOURNED to **June 24, 2020, at 11:00 a.m.**

Defendant's submissions are due two weeks prior to sentencing. The Government's submissions are due one week prior to sentencing.

SO ORDERED.

Dated:  April 27, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge