UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

ANGEL ISAAC VAZQUEZ CAMPOS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2020

19 Cr. 584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The parties having informed the Court that Defendant does not consent to proceeding with sentencing via remote means at this time, it is hereby ORDERED that the sentencing scheduled for June 24, 2020 is ADJOURNED to **July 30, 2020**, at **10:30 a.m.**

      Because of the COVID-19 public health crisis, the Court adopted emergency rules for conducting conferences and proceedings in criminal cases. *See* Rule 2(B) of the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      Accordingly, Defendant is directed to confer with the Government, and submit a letter to the docket, in advance of sentencing and no later than **July 16, 2020**, stating the positions of both Defendant and the Government on "whether the Court can, consistent with the U.S. Constitution, Federal Rules of Criminal Procedure (*see, e.g.*, Rules 5(f), 10(b) & (c), and 43), and any other relevant law, conduct the matter by **telephone or video** and, . . . whether the Defendant consents to appearance in that manner," or whether the matter should be adjourned until a time when it can be completed in person. Rule 2(B) of the Court's Emergency Individual Rules (emphasis added).

      The Government's submission deadline remains June 17, 2020. *See* ECF No. 18.

      SO ORDERED.

Dated: June 10, 2020
       New York, New York

                                          _____
                                              ANALISA TORRES
                                        United States District Judge