UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

　　　　　　-against-

ANGEL ISAAC VAZQUEZ CAMPOS,

　　　　　　　　　　　　Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2020

19 Cr. 584 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 13, 2020, the parties informed the Court of their position that Defendant's sentencing, currently scheduled for July 30, 2020, should be conducted in person. ECF No. 22. Because the Court will not be able to hold an in-person proceeding by July 30, 2020, it is ORDERED that the sentencing scheduled for July 30, 2020 is ADJOURNED to **September 1, 2020**, at **10:30 a.m.**

As the parties are aware, the Court adopted emergency rules for conducting conferences and proceedings in criminal cases in light of the COVID-19 public health crisis. *See* Rule 2(B) of the Court's Emergency Individual Rules and Practices in Light of COVID-19.

Accordingly, Defendant's counsel is directed to confer with the Government and submit a letter to the docket, in advance of sentencing and no later than **August 18, 2020**, stating the positions of both Defendant and the Government on "whether the Court can, consistent with the U.S. Constitution, Federal Rules of Criminal Procedure (*see, e.g.*, Rules 5(f), 10(b) & (c), and 43), and any other relevant law, conduct the matter by **telephone or video** and, . . . whether the Defendant consents to appearance in that manner," or whether the matter should be adjourned until a time when it can be completed in person. Rule 2(B) of the Court's Emergency Individual Rules (emphasis added).

SO ORDERED.

Dated: July 16, 2020
　　　New York, New York

_____
ANALISA TORRES
United States District Judge